# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **HASAN HUSAIN and LAYLA SOLIZ**, | )<br>) |
| Plaintiffs, | )<br>) |
| | )    **No. 3:25-cv-218** |
| v. | )    Crytzer/McCook |
| | ) |
| **TENNESSEE BOARD OF REGENTS**, **TRUSTEES OF THE UNIVERSITY OF TENNESSEE**, and **RANDY BOYD**, in his official capacity as the President of the University of Tennessee, | )<br>)<br>)<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS OF DEFENDANTS TRUSTEES OF THE UNIVERSITY OF TENNESSEE AND RANDY BOYD

Defendants, the Trustees of the University of Tennessee and Randy Boyd, sued in their official capacities only, by and through counsel, pursuant to Fed. R. Civ. P. 12(b)(6), move this Court for an Order dismissing this lawsuit in its entirety. As grounds for this motion, Defendants submit:

1. Plaintiffs fail to state a claim upon which relief can be granted under 42 U.S.C. § 1983 because they fail to demonstrate that they experienced a deprivation of their constitutional rights and are, therefore, not entitled to prospective injunctive relief;

2. Plaintiff Husain's claim is barred by the one-year statute of limitations applicable to claims under 42 U.S.C. § 1983;

3. Plaintiff Soliz's state criminal claim remains pending and, therefore, her claim is subject to dismissal under the *Younger* doctrine;

4. Plaintiff's request for money damages is barred by the Eleventh Amendment to the U.S. Constitution.

Wherefore, for the foregoing reasons, Plaintiffs have failed to state a claim upon which relief can be granted, and their lawsuit is subject to dismissal. In support of this motion, Defendants rely on the contemporaneously filed Memorandum in Support of Defendants' Motion to Dismiss and the exhibits attached thereto.

Submitted this 29th day of August, 2025.

*s/Michael D. Fitzgerald*_____
Michael D. Fitzgerald, BPR #020079
Associate General Counsel
The University of Tennessee
505 Summer Place, UTT #1155
Knoxville, TN 37902
Phone: (865) 974-3245
michael.fitzgerald@tennessee.edu

Attorney for the University of Tennessee

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, the foregoing Motion to Dismiss was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*s/Michael D. Fizgerald*_____
Michael D. Fitzgerald